NOTE: This disposition is nonprecedential.

# United States Court of Appeals for the Federal Circuit

---

**WESTON/BEAN JOINT VENTURE,**
*Plaintiff-Appellant*

**v.**

**UNITED STATES,**
*Defendant-Appellee*

---

2016-1021

---

Appeal from the United States Court of Federal Claims in No. 1:11-cv-00031-EDK, 1:11-cv-00360-EDK, Judge Elaine Kaplan.

---

## JUDGMENT

---

MICHAEL H. PAYNE, Cohen Seglias Pallas Greenhall & Furman PC, Philadelphia, PA, argued for plaintiff-appellant. Also represented by MARIA L. PANICHELLI.

JEFFREY D. KLINGMAN, Commercial Litigation Branch, Civil Division, United States Department of Justice, Washington, DC, for defendant-appellee. Also represented by BENJAMIN C. MIZER, ROBERT E. KIRSCHMAN, JR., MARTIN F. HOCKEY, JR.

---

THIS CAUSE having been heard and considered, it is

ORDERED and ADJUDGED:


PER CURIAM (TARANTO, CLEVENGER, and CHEN, *Circuit Judges*).
### AFFIRMED. *See* **Fed. Cir. R. 36.**

ENTERED BY ORDER OF THE COURT


| June 15, 2016 | /s/ Peter R. Marksteiner |
|:---:|:---:|
| Date | Peter R. Marksteiner |
| | Clerk of Court |